# Third District Court of Appeal

## State of Florida

Opinion filed July 26, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

Nos. 3D23-377, 3D23-403, 3D23-405
Lower Tribunal Nos. 23-983, 23-953, 23-977

————————

**Josue A. Gutierrez,**
Appellant,

vs.

**Alejandra Zabala, et al.,**
Appellees.

Appeals from a non-final order from the Circuit Court for Miami-Dade County, Rosy Aponte, Judge.

The Law Office of David J. Sobel P.A., and David J. Sobel (Fort Lauderdale), for appellant.

No appearance for appellees.[1]

Before LINDSEY, MILLER and GORDO, JJ.

---

[1] Appellees were precluded from filing an answer brief after failing to heed this court's order directing them to file same within a specified period of time.

PER CURIAM.

Affirmed.